# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 23-1375

_____

UNITED STATES OF AMERICA

v.

ALICE CHU,
Appellant

_____

(D.N.J No. 2-19-cr-00678-001)

Present: KRAUSE, PORTER, and CHUNG, <u>Circuit Judges</u>

   1.  Motion by Appellee to Publish Opinion

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing motion is GRANTED.  The non-precedential opinion filed March 19, 2024 is hereby VACATED.  The Court has designated that panel opinion as precedential and it will be filed forthwith.  The Court's judgment entered March 19, 2024 remains in effect.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: April 25, 2024
cc: All Counsel of Record